# The Grounds Guys of West Chester PA

### PROFIT AND LOSS

January 1 - August 23, 2019

|  | TOTAL |
|---|---:|
| Income | |
| 419 Commercial Services | |
| 419.1 Commercial Summer Maintenance | 4,865.20 |
| 419.2 Commercial Winter Maintenance | 5,065.81 |
| 419.3 Commercial Enhancements | 48.10 |
| 419.4 Commercial Extra Billing | 1,540.94 |
| **Total 419 Commercial Services** | **11,520.05** |
| 420 Residential Services | 750.00 |
| 420.1 Residential Summer Maintenance | 106,703.16 |
| 420.3 Residential Enhancements | 246.24 |
| 420.4 Residential Extra Billing | 1,718.00 |
| **Total 420 Residential Services** | **109,417.40** |
| Finance Charges | -175.00 |
| Sales | 73,075.83 |
| Unapplied Cash Payment Income | -640.00 |
| Uncategorized Income | 1,255.52 |
| **Total Income** | **$194,453.80** |
| Cost of Goods Sold | |
| 501 Materials | 1,796.86 |
| 501.2 Landscape Mtls & Salt - Maint | 3,280.32 |
| 501.21 Landscape Mtls - Construction | 92.00 |
| **Total 501 Materials** | **5,169.18** |
| 503 Labor | 829.21 |
| 503.1 Labor - Maintenance | 36,240.73 |
| **Total 503 Labor** | **37,069.94** |
| 505 Benefits/Workers Comp. | |
| 505.1 Bene/WC Mgmt/Prod - Medical Ins | 663.52 |
| **Total 505 Benefits/Workers Comp.** | **663.52** |
| 506 Equipment Rental | 2,478.66 |
| 508 Equipment Maintenance & Repair | 1,166.40 |
| 514 Franchise Fees (Royalties) | 9,723.91 |
| 625 Vehicle Expense (COGS) | |
| 625.11 Repair & Maintenance - Maint | 157.66 |
| 625.12 Parking Tickets & Fines - Maint | 217.00 |
| **Total 625 Vehicle Expense (COGS)** | **374.66** |
| Cost of Goods Sold | 644.52 |
| **Total Cost of Goods Sold** | **$57,290.79** |
| GROSS PROFIT | **$137,163.01** |
| Expenses | |
| 605 Payroll Expenses | |
| Taxes | 14,401.86 |
| Wages | 45,408.25 |

| | TOTAL |
|---|---|
| Total 605 Payroll Expenses | 59,810.11 |
| 610 Offsite Storage | 4,553.79 |
| 611 Building Repair & Maintenance | 1,033.21 |
| 612 Telephone Expense | |
| 612.3 Cellular Service | 443.27 |
| 612.5 Answering Service | 1,171.47 |
| 612.6 Internet Service | 531.02 |
| Total 612 Telephone Expense | 2,145.76 |
| 613 Insurance | |
| 613.1 Automobile Insurance | 2,338.50 |
| 613.4 General Liability | 303.62 |
| Total 613 Insurance | 2,642.12 |
| 614 Credit Card Service Fees | 212.11 |
| 616 Advertising & Marketing | 3,533.84 |
| 617 Recruiting | 45.00 |
| 618 Office Supplies | 26.25 |
| 618.5 Office Equipment Repair & Maint | 508.80 |
| 618.6 Office Cleaning | 360.00 |
| Total 618 Office Supplies | 895.05 |
| 623 Shipping & Delivery | 154.00 |
| 624 Uniform Laundry/Rental/SafetyEq | 850.23 |
| 625.3 Vehicle Expense | |
| 625.31 Vehicle Fuel - Admin | 8.55 |
| 625.32 Vehicle Repair & Maint - Admin | 1,043.91 |
| Total 625.3 Vehicle Expense | 1,052.46 |
| 626 Professional Fees | |
| 626.1 Accounting | 5,733.59 |
| 626.2 Legal Fees | 236.25 |
| Total 626 Professional Fees | 5,969.84 |
| 629 Computer Expenses | |
| 629.2 Computer Software Expense | 519.65 |
| Total 629 Computer Expenses | 519.65 |
| 630 Bank Service Charges | 863.07 |
| 634 Conferences & Travel | 28.74 |
| 634.4 Vehicle Rental | -28.89 |
| Total 634 Conferences & Travel | -0.15 |
| 635 Meals and Entertainment | 3,551.91 |
| 638 Equipment Leases | 1,124.40 |
| 638.1 Truck Lease | 1,825.00 |
| Total 638 Equipment Leases | 2,949.40 |
| Automobile Expenses | |
| Gas | 12,460.21 |
| Total Automobile Expenses | 12,460.21 |
| Computer Software Expenset | 75.59 |
| Dump fees | 6,266.54 |
| QuickBooks Payments Fees | 3,885.05 |
| Supplies | 1,234.33 |
| Uncategorized Expense | 795.69 |

|  | TOTAL |
|---|---|
| Total Expenses | $115,498.81 |
| NET OPERATING INCOME | $21,664.20 |
| NET INCOME | $21,664.20 |