**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                      Chapter 13

                                      Bankruptcy No. 19-14497-ELF

JUAN C. REY

1303 ASTOR STREET

NORRISTOWN, PA 19401-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JUAN C. REY

    1303 ASTOR STREET

    NORRISTOWN, PA 19401-

Counsel for debtor(s), by electronic notice only.

    GARY E THOMPSON
    150 E SWEDESFORD RD
    1ST FLOOR
    WAYNE, PA 19087-

Date: 9/12/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee