# The Grounds Guys of West Chester PA

## PROFIT AND LOSS
### August 2019

|  | TOTAL |
|---|---:|
| **Income** | |
|   419 Commercial Services | |
|     419.1 Commercial Summer Maintenance | 1,184.16 |
|     419.4 Commercial Extra Billing | 90.00 |
|   **Total 419 Commercial Services** | **1,274.16** |
|   420 Residential Services | |
|     420.1 Residential Summer Maintenance | 20,597.92 |
|     420.3 Residential Enhancements | 148.48 |
|   **Total 420 Residential Services** | **20,746.40** |
|   Sales | 13,407.76 |
| **Total Income** | **$35,428.32** |
| **Cost of Goods Sold** | |
|   501 Materials | |
|     501.2 Landscape Mtls & Salt - Maint | 295.07 |
|   **Total 501 Materials** | **295.07** |
|   503 Labor | |
|     503.1 Labor - Maintenance | 12,199.83 |
|   **Total 503 Labor** | **12,199.83** |
|   514 Franchise Fees (Royalties) | 2,547.68 |
|   625 Vehicle Expense (COGS) | |
|     625.11 Repair & Maintenance - Maint | 220.08 |
|   **Total 625 Vehicle Expense (COGS)** | **220.08** |
| **Total Cost of Goods Sold** | **$15,262.66** |
| **GROSS PROFIT** | **$20,165.66** |
| **Expenses** | |
|   605 Payroll Expenses | |
|     Taxes | 2,537.89 |
|     Wages | 8,995.25 |
|   **Total 605 Payroll Expenses** | **11,533.14** |
|   610 Offsite Storage | 657.34 |
|   611 Building Repair & Maintenance | 503.74 |
|   612 Telephone Expense | |
|     612.5 Answering Service | 155.92 |
|   **Total 612 Telephone Expense** | **155.92** |
|   613 Insurance | |
|     613.1 Automobile Insurance | 422.25 |
|   **Total 613 Insurance** | **422.25** |
|   614 Credit Card Service Fees | 46.55 |
|   618 Office Supplies | 96.51 |
|   624 Uniform Laundry/Rental/SafetyEq | 114.14 |
|   625.3 Vehicle Expense | |
|     625.31 Vehicle Fuel - Admin | 7.97 |

|  | TOTAL |
|---|---:|
| Total 625.3 Vehicle Expense | 7.97 |
| 626 Professional Fees | |
|   626.1 Accounting | 530.26 |
| **Total 626 Professional Fees** | **530.26** |
| 629 Computer Expenses | |
|   629.2 Computer Software Expense | 19.95 |
| **Total 629 Computer Expenses** | **19.95** |
| 630 Bank Service Charges | 33.80 |
| 634 Conferences & Travel | |
|   634.5 Parking and Toll Fees | 20.00 |
| **Total 634 Conferences & Travel** | **20.00** |
| 635 Meals and Entertainment | 810.67 |
| 638 Equipment Leases | |
|   638.1 Truck Lease | 569.82 |
| **Total 638 Equipment Leases** | **569.82** |
| Automobile Expenses | |
|   Gas | 3,126.35 |
| **Total Automobile Expenses** | **3,126.35** |
| QuickBooks Payments Fees | 734.32 |
| Supplies | 111.06 |
| **Total Expenses** | **$19,493.79** |
| NET OPERATING INCOME | **$671.87** |
| NET INCOME | **$671.87** |