# The Grounds Guys of West Chester PA

## PROFIT AND LOSS
### September 2019

|  | TOTAL |
|---|---:|
| **Income** | |
|   419 Commercial Services | |
|     419.4 Commercial Extra Billing | 185.92 |
|   **Total 419 Commercial Services** | **185.92** |
|   420 Residential Services | |
|     420.1 Residential Summer Maintenance | 21,274.45 |
|     420.3 Residential Enhancements | 72.37 |
|   **Total 420 Residential Services** | **21,346.82** |
|   Sales | 10,742.65 |
| **Total Income** | **$32,275.39** |
| **Cost of Goods Sold** | |
|   503 Labor | |
|     503.1 Labor - Maintenance | 6,615.57 |
|   **Total 503 Labor** | **6,615.57** |
|   506 Equipment Rental | 619.44 |
|   514 Franchise Fees (Royalties) | 2,747.68 |
| **Total Cost of Goods Sold** | **$9,982.69** |
| **GROSS PROFIT** | **$22,292.70** |
| **Expenses** | |
|   605 Payroll Expenses | |
|     Taxes | 2,620.37 |
|     Wages | 8,038.60 |
|   **Total 605 Payroll Expenses** | **10,658.97** |
|   610 Offsite Storage | 657.34 |
|   611 Building Repair & Maintenance | 85.32 |
|   612 Telephone Expense | |
|     612.5 Answering Service | 108.94 |
|     612.6 Internet Service | 78.76 |
|   **Total 612 Telephone Expense** | **187.70** |
|   613 Insurance | |
|     613.1 Automobile Insurance | 700.00 |
|   **Total 613 Insurance** | **700.00** |
|   614 Credit Card Service Fees | 54.89 |
|   616 Advertising & Marketing | 300.00 |
|     616.4 Trade Shows & Promotional Items | 87.90 |
|   **Total 616 Advertising & Marketing** | **387.90** |
|   624 Uniform Laundry/Rental/SafetyEq | 138.93 |
|   626 Professional Fees | |
|     626.1 Accounting | 616.81 |
|     626.2 Legal Fees | 52.75 |
|   **Total 626 Professional Fees** | **669.56** |
|   629 Computer Expenses | |

|  | TOTAL |
|---|---|
| 629.2 Computer Software Expense | 19.95 |
| **Total 629 Computer Expenses** | **19.95** |
| 630 Bank Service Charges | 214.03 |
| 634 Conferences & Travel | 136.47 |
| 634.3 Meals | 42.10 |
| 634.5 Parking and Toll Fees | 39.33 |
| **Total 634 Conferences & Travel** | **217.90** |
| 635 Meals and Entertainment | 1,439.06 |
| 638 Equipment Leases | |
| 638.3 Tools & Equipment Lease | 983.35 |
| **Total 638 Equipment Leases** | **983.35** |
| Automobile Expenses | |
| Gas | 2,498.96 |
| **Total Automobile Expenses** | **2,498.96** |
| Dump fees | 1,826.50 |
| QuickBooks Payments Fees | 786.69 |
| Supplies | 74.18 |
| **Total Expenses** | **$21,601.23** |
| NET OPERATING INCOME | **$691.47** |
| NET INCOME | **$691.47** |