# The Grounds Guys of West Chester PA

## PROFIT AND LOSS
October 2019

|  | TOTAL |
|---|---:|
| **Income** | |
|   419 Commercial Services | |
|     419.1 Commercial Summer Maintenance | 138.40 |
|     419.4 Commercial Extra Billing | 149.48 |
|   **Total 419 Commercial Services** | **287.88** |
|   420 Residential Services | |
|     420.1 Residential Summer Maintenance | 16,744.70 |
|     420.3 Residential Enhancements | 404.26 |
|     420.4 Residential Extra Billing | 152.00 |
|   **Total 420 Residential Services** | **17,300.96** |
|   Sales | 17,046.31 |
| **Total Income** | **$34,635.15** |
| **Cost of Goods Sold** | |
|   501 Materials | -29.32 |
|     501.2 Landscape Mtls & Salt - Maint | 462.93 |
|   **Total 501 Materials** | **433.61** |
|   503 Labor | |
|     503.1 Labor - Maintenance | 6,339.09 |
|   **Total 503 Labor** | **6,339.09** |
|   514 Franchise Fees (Royalties) | 2,547.68 |
| **Total Cost of Goods Sold** | **$9,320.38** |
| **GROSS PROFIT** | **$25,314.77** |
| **Expenses** | |
|   605 Payroll Expenses | |
|     Taxes | 4,712.48 |
|     Wages | 10,676.59 |
|   **Total 605 Payroll Expenses** | **15,389.07** |
|   610 Offsite Storage | 657.34 |
|   611 Building Repair & Maintenance | 696.20 |
|   612 Telephone Expense | |
|     612.3 Cellular Service | 307.94 |
|     612.5 Answering Service | 144.04 |
|     612.6 Internet Service | 78.76 |
|   **Total 612 Telephone Expense** | **530.74** |
|   614 Credit Card Service Fees | 23.42 |
|   616 Advertising & Marketing | 380.00 |
|   623 Shipping & Delivery | 55.00 |
|   626 Professional Fees | |
|     626.1 Accounting | 715.01 |
|     626.2 Legal Fees | 52.75 |
|   **Total 626 Professional Fees** | **767.76** |

|  | TOTAL |
|---|---:|
| 629 Computer Expenses | |
|   629.2 Computer Software Expense | 19.95 |
| **Total 629 Computer Expenses** | **19.95** |
| 630 Bank Service Charges | 76.03 |
| 635 Meals and Entertainment | 820.95 |
| Automobile Expenses | |
|   Gas | 1,024.55 |
| **Total Automobile Expenses** | **1,024.55** |
| Dump fees | 837.00 |
| QuickBooks Payments Fees | 597.25 |
| Supplies | 639.20 |
| **Total Expenses** | **$22,514.46** |
| **NET OPERATING INCOME** | **$2,800.31** |
| **NET INCOME** | **$2,800.31** |