# The Grounds Guys of West Chester PA

## PROFIT AND LOSS
November 2019

|  | TOTAL |
|---|---:|
| **Income** | |
|   419 Commercial Services | |
|     419.4 Commercial Extra Billing | 65.00 |
|   **Total 419 Commercial Services** | **65.00** |
|   420 Residential Services | |
|     420.1 Residential Summer Maintenance | 31,323.87 |
|   **Total 420 Residential Services** | **31,323.87** |
|   Sales | 27,736.25 |
| **Total Income** | **$59,125.12** |
| **Cost of Goods Sold** | |
|   501 Materials | 300.24 |
|     501.2 Landscape Mtls & Salt - Maint | 145.14 |
|     503.212 Landscape Mtls - Hardscapes | 1,200.00 |
|   **Total 501 Materials** | **1,645.38** |
|   503 Labor | |
|     503.1 Labor - Maintenance | 7,619.50 |
|   **Total 503 Labor** | **7,619.50** |
|   508 Equipment Maintenance & Repair | 326.70 |
|   514 Franchise Fees (Royalties) | 2,549.98 |
| **Total Cost of Goods Sold** | **$12,141.56** |
| **GROSS PROFIT** | **$46,983.56** |
| **Expenses** | |
|   605 Payroll Expenses | |
|     Taxes | 2,978.36 |
|     Wages | 11,136.51 |
|   **Total 605 Payroll Expenses** | **14,114.87** |
|   610 Offsite Storage | 724.84 |
|   612 Telephone Expense | |
|     612.5 Answering Service | 109.21 |
|     612.6 Internet Service | 164.01 |
|   **Total 612 Telephone Expense** | **273.22** |
|   613 Insurance | |
|     613.1 Automobile Insurance | 648.50 |
|   **Total 613 Insurance** | **648.50** |
|   614 Credit Card Service Fees | 4.80 |
|   616 Advertising & Marketing | 403.76 |
|     616.3 Internet | 300.00 |
|   **Total 616 Advertising & Marketing** | **703.76** |
|   618 Office Supplies | 318.99 |
|   623 Shipping & Delivery | 13.09 |
|   624 Uniform Laundry/Rental/SafetyEq | 278.17 |

|  | TOTAL |
|---|---:|
| 625.3 Vehicle Expense | |
|   625.32 Vehicle Repair & Maint - Admin | 482.45 |
| **Total 625.3 Vehicle Expense** | **482.45** |
| 626 Professional Fees | |
|   626.1 Accounting | 1,083.28 |
|   626.2 Legal Fees | 66.53 |
| **Total 626 Professional Fees** | **1,149.81** |
| 629 Computer Expenses | |
|   629.2 Computer Software Expense | 19.95 |
| **Total 629 Computer Expenses** | **19.95** |
| 630 Bank Service Charges | 33.36 |
| 634 Conferences & Travel | |
|   634.5 Parking and Toll Fees | 32.00 |
| **Total 634 Conferences & Travel** | **32.00** |
| 635 Meals and Entertainment | 1,115.83 |
| 638 Equipment Leases | |
|   638.1 Truck Lease | 1,118.68 |
| **Total 638 Equipment Leases** | **1,118.68** |
| Automobile Expenses | |
|   Gas | 1,358.91 |
| **Total Automobile Expenses** | **1,358.91** |
| Dump fees | 140.00 |
| QuickBooks Payments Fees | 958.76 |
| Supplies | 550.57 |
| **Total Expenses** | **$24,040.56** |
| **NET OPERATING INCOME** | **$22,943.00** |
| **NET INCOME** | **$22,943.00** |