# The Grounds Guys of West Chester PA

## PROFIT AND LOSS
### December 2019

|  | TOTAL |
|---|---:|
| **Income** | |
|   420 Residential Services | |
|     420.1 Residential Summer Maintenance | 2,652.80 |
|   **Total 420 Residential Services** | **2,652.80** |
|   Sales | 8,084.76 |
| **Total Income** | **$10,737.56** |
| **Cost of Goods Sold** | |
|   501 Materials | 240.51 |
|     501.2 Landscape Mtls & Salt - Maint | 1,817.59 |
|     503.212 Landscape Mtls - Hardscapes | 2,295.30 |
|   **Total 501 Materials** | **4,353.40** |
|   503 Labor | |
|     503.1 Labor - Maintenance | 3,265.47 |
|   **Total 503 Labor** | **3,265.47** |
|   506 Equipment Rental | 230.21 |
|   508 Equipment Maintenance & Repair | 454.32 |
|   514 Franchise Fees (Royalties) | 1,101.45 |
| **Total Cost of Goods Sold** | **$9,404.85** |
| **GROSS PROFIT** | **$1,332.71** |
| **Expenses** | |
|   605 Payroll Expenses | |
|     Taxes | 1,482.15 |
|     Wages | 2,280.00 |
|   **Total 605 Payroll Expenses** | **3,762.15** |
|   610 Offsite Storage | 657.34 |
|   612 Telephone Expense | |
|     612.3 Cellular Service | 379.13 |
|     612.5 Answering Service | 102.96 |
|   **Total 612 Telephone Expense** | **482.09** |
|   613 Insurance | |
|     613.4 General Liability | 296.63 |
|   **Total 613 Insurance** | **296.63** |
|   614 Credit Card Service Fees | 8.38 |
|   616 Advertising & Marketing | 330.00 |
|     616.4 Trade Shows & Promotional Items | 234.46 |
|   **Total 616 Advertising & Marketing** | **564.46** |
|   618 Office Supplies | 200.00 |
|   623 Shipping & Delivery | 8.10 |
|   624 Uniform Laundry/Rental/SafetyEq | 276.85 |

|  | TOTAL |
|---|---:|
| 625.3 Vehicle Expense | |
|   625.32 Vehicle Repair & Maint - Admin | 308.85 |
| **Total 625.3 Vehicle Expense** | **308.85** |
| 626 Professional Fees | |
|   626.1 Accounting | 493.36 |
| **Total 626 Professional Fees** | **493.36** |
| 629 Computer Expenses | |
|   629.2 Computer Software Expense | 19.95 |
| **Total 629 Computer Expenses** | **19.95** |
| 630 Bank Service Charges | 278.44 |
| 635 Meals and Entertainment | 736.09 |
| 638 Equipment Leases | |
|   638.3 Tools & Equipment Lease | 1,950.00 |
| **Total 638 Equipment Leases** | **1,950.00** |
| Automobile Expenses | |
|   Auto Tags | 175.00 |
|   Gas | 438.34 |
| **Total Automobile Expenses** | **613.34** |
| Computer Software Expenset | 105.99 |
| QuickBooks Payments Fees | 347.69 |
| Supplies | 71.39 |
| **Total Expenses** | **$11,181.10** |
| NET OPERATING INCOME | $ -9,848.39 |
| NET INCOME | $ -9,848.39 |