# The Grounds Guys of West Chester PA

## PROFIT AND LOSS
January 2020

|  | TOTAL |
|---|---:|
| **Income** | |
|   419 Commercial Services | |
|     419.1 Commercial Summer Maintenance | 45.00 |
|     419.2 Commercial Winter Maintenance | 7,733.28 |
|   **Total 419 Commercial Services** | **7,778.28** |
|   420 Residential Services | |
|     420.1 Residential Summer Maintenance | 991.15 |
|     420.2 Residential Winter Maintenance | 320.00 |
|   **Total 420 Residential Services** | **1,311.15** |
| **Total Income** | **$9,089.43** |
| **Cost of Goods Sold** | |
|   514 Franchise Fees (Royalties) | 3,038.85 |
| **Total Cost of Goods Sold** | **$3,038.85** |
| **GROSS PROFIT** | **$6,050.58** |
| **Expenses** | |
|   605 Payroll Expenses | |
|     Taxes | 422.59 |
|   **Total 605 Payroll Expenses** | **422.59** |
|   616 Advertising & Marketing | 150.00 |
|   626 Professional Fees | |
|     626.1 Accounting | 22.25 |
|   **Total 626 Professional Fees** | **22.25** |
|   629 Computer Expenses | |
|     629.2 Computer Software Expense | 19.95 |
|   **Total 629 Computer Expenses** | **19.95** |
|   630 Bank Service Charges | 284.95 |
|   QuickBooks Payments Fees | 60.68 |
| **Total Expenses** | **$960.42** |
| **NET OPERATING INCOME** | **$5,090.16** |
| **NET INCOME** | **$5,090.16** |