# The Grounds Guys of West Chester PA

PROFIT AND LOSS

February 2020

| |
|---|
| Income |
| **Total Income** |
| GROSS PROFIT |
| Expenses |
| **Total Expenses** |
| NET OPERATING INCOME |
| NET INCOME |