UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Juan Rey                                              CHAPTER 13
        Debtor

                                                 BANKRUPTCY NO. 19-14497

## CERTIFICATE OF SERVICE

I, Gary E. Thompson, Esquire, hereby certify that I have served an Amended Plan by US Mail and the court's electronic filing system on or about February 11, 2020 to the following:

United States Trustee
833 Chestnut Street
Philadelphia, PA 19106

Trustee William Miller
POB 40119
Philadelphia, PA 19106

All Creditors on Matrix

.

                                                                _____/S/_____
                                                                GARY E. THOMPSON, ESQUIRE
                                                                Attorney for Debtor.

3/20/20