# The Grounds Guys of West Chester PA

## PROFIT AND LOSS
March 2020

|  | TOTAL |
|---|---:|
| **Income** |  |
|   420 Residential Services |  |
|     420.1 Residential Summer Maintenance | 12,062.09 |
|   **Total 420 Residential Services** | **12,062.09** |
| **Total Income** | **$12,062.09** |
| **Cost of Goods Sold** |  |
|   501 Materials |  |
|     501.2 Landscape Mtls & Salt - Maint | 200.05 |
|   **Total 501 Materials** | **200.05** |
|   514 Franchise Fees (Royalties) | 326.48 |
| **Total Cost of Goods Sold** | **$526.53** |
| **GROSS PROFIT** | **$11,535.56** |
| **Expenses** |  |
|   626 Professional Fees |  |
|     626.1 Accounting | 430.65 |
|   **Total 626 Professional Fees** | **430.65** |
|   629 Computer Expenses |  |
|     629.2 Computer Software Expense | 269.95 |
|   **Total 629 Computer Expenses** | **269.95** |
|   635 Meals and Entertainment | 82.35 |
|   Automobile Expenses |  |
|     Gas | 13.04 |
|   **Total Automobile Expenses** | **13.04** |
|   QuickBooks Payments Fees | 449.60 |
|   Supplies | 268.94 |
| **Total Expenses** | **$1,514.53** |
| **NET OPERATING INCOME** | **$10,021.03** |
| **NET INCOME** | **$10,021.03** |