Certificate Number: 05781-PAE-DE-038466540

Bankruptcy Case Number: 19-14497



05781-PAE-DE-038466540

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 10, 2024, at 4:40 o'clock PM PDT, Juan Rey completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 10, 2024

By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President