## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  JUAN C. REY | : | Chapter 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 19-14497 PMM |

## PRAECIPE TO WITHDRAW

Kindly withdraw the Trustee's Motion to Dismiss case filed on August 21, 2024. Docket entry #76.

                                        Respectfully submitted,

                                        /s/ Kenneth E. West, Esq

December 12, 2024

                                        Kenneth E. West
                                        Chapter 13 Standing Trustee