United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14497-pmm |
| Juan C. Rey | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 17, 2025 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2025:**

**Recip ID    Recipient Name and Address**
db            + Juan C. Rey, 1303 Astor Street, Norristown, PA 19401-3220

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 19, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:**

**Name**            **Email Address**

DENISE ELIZABETH CARLON
        on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
        on behalf of Creditor Rocket Mortgage  LLC fka Quicken Loans, LLC fka Quicken Loans Inc. bkgroup@kmllawgroup.com

GARY E. THOMPSON
        on behalf of Debtor Juan C. Rey get24esq@aol.com

KENNETH E. WEST
        ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
        on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
        on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 17, 2025 | Form ID: 195 | Total Noticed: 1

Kelly M. Appleyard  on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue kappleyard@attorneygeneral.gov

United States Trustee  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Juan C. Rey : Case No. 19−14497−pmm
    Debtor(s)

*ORDER*
_____

AND NOW, this day , July 16, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

Form 195